

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mason-Gibson, Inc. d/b/a Holiday Inn Express Palestine, Texas and Ferguson Enterprises, LLC, Appellants

No. 06-21-00108-CV          v.

Sloan Valve Company, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2019-283A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating.    *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Mason-Gibson, Inc. d/b/a Holiday Inn Express Palestine, Texas, pay all costs incurred by reason of this appeal.

RENDERED MAY 6, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk